BUCHALTER, A Professional Corporation
Lawrence B. Steinberg (State Bar No. 101966)
 *LSteinberg@buchalter.com*
Kathryn B. Fox (State Bar No. 279705)
 *kfox@buchalter.com*
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA  90017-1730
Telephone: (213) 891-0700
Fax: (213) 896-0400

Attorneys for defendants COLOR STREET LLC,
INCOCO PRODUCTS LLC, INCOCO
CAPITAL LLC, FA PARK, BRIAN J. LEE,
BRICK BERGESON and MATT WARNER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTY FIELDS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   vs.<br><br>COLOR STREET LLC; INCOCO PRODUCTS LLC; INCOCO CAPITAL LLC; FA PARK; BRIAN J. LEE; BRICK BERGESON; MATT WARNER; and DOES 1-50, inclusive,<br><br>        Defendants. | Case No. 2:25-cv-03864 FLA (JDEx)<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS<br> [Local Rule 8-3]<br><br>Case Removed:  April 30, 2025<br>Current Response Date:  May 7, 2025<br>New Response Date:  June 6, 2025 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION TO EXTEND TIME FOR DEFENDANTS
TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS

IT IS HEREBY STIPULATED, by the parties, by and through their undersigned counsel of record, that the date for defendants to respond to the Complaint may and shall be extended to June 6, 2025.

DATED: May 5, 2025      CLARKSON LAW FIRM, P.C.

By   /s/ Kristen Simplicio
      Kristen Simplicio
      Attorneys for Plaintiff and Putative Class

DATED: May 5, 2025      BUCHALTER, A Professional Corporation

By   /s/ Lawrence B. Steinberg
      Lawrence B. Steinberg
      Attorneys for defendants COLOR STREET LLC, INCOCO PRODUCTS LLC, INCOCO CAPITAL LLC, FA PARK, BRIAN J. LEE, BRICK BERGESON and MATT WARNER

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer whose CM/ECF login is used to file this stipulation attests that all other signatories listed, and on whose behalf this stipulation is submitted, concur in the filing's content and have authorized its filing.

BUCHALTER
A Professional Corporation

88853063v1

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS
2.