# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTY FIELDS,<br><br>                    Plaintiff,<br><br>          v.<br><br>COLOR STREET LLC, *et al.*,<br><br>                    Defendants. | Case No. 2:25-cv-03864-FLA (PVCx)<br><br>**ORDER APPROVING STIPULATION TO TRANSFER ACTION [DKT. 34]** |

1

On February 20, 2026, the parties filed a stipulation ("Stipulation") to transfer this action to the United States District Court for the District of New Jersey.  Dkt. 34.

The court, having considered the parties' Stipulation and finding good cause therefor, hereby APPROVES the Stipulation and ORDERS as follows:

1.   This action is TRANSFERRED to the United States District Court for the District of New Jersey;

2.   All dates and deadlines in this court are VACATED; and

3.   The Clerk of the Court shall close this action administratively.

IT IS SO ORDERED.

Dated: February 23, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2